No. 96-5485. VEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96-5487. HELDON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96-5488. HAMPTON v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 96-5489. HICKMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96-5493. HARVEY v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96-5494. HICKMAN v. UNITED STATES;
No. 96-5554. IVY, AKA NORWOOD v. UNITED STATES;
No. 96-5619. TRAYLOR v. UNITED STATES;
No. 96-5634. TAYLOR v. UNITED STATES; and
No. 96-5655. NORWOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 83 F. 3d 1266.

No. 96-5496. HICKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96-5497. BRYANT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96-5500. LAVIGNE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96-5502. WALKER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96-5503. JESSEP v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 96-5506. HARGIS v. WATERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96-5507. HOWARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96-5509. TIERNEY v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.